**STATE of Missouri, Respondent,**

v.

**Kevin RECAR, Appellant.**

No. 74474.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 18, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 6, 1999.

Application for Transfer Denied Aug. 24, 1999.

Jason S. Marks, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

1. All statutory references are to RSMo 1994.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

Appellant, Kevin Recar, appeals the judgment of conviction entered by the Circuit Court of Jefferson County after a jury found him guilty of leaving the scene of a motor vehicle accident, RSMo section 577.060,[1] and driving with a revoked license, RSMo section 302.321. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).